| STATE OF INDIANA | ) | MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) | SS: |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| ALGIE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) JURY DEMANDED |
| | ) |
| SCHENKER, INC., and | ) |
| SCHENKER AMERICAS, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff, Algie Smith, by counsel, for his Complaint for Damages against Defendants Schenker, Inc. and Schenker Americas, Inc., each doing business as DB Schenker (collectively "DB Schenker"), respectfully alleges and states as follows:

1.    On or about October 7, 2020, Plaintiff was injured while working for and on premises operated by Kuehne + Nagel Inc., located within Indianapolis, Marion County, Indiana, when the driver of a truck connected to a trailer exited a loading dock while Plaintiff and the forklift he was operating was exiting the trailer.

2.    As set forth in more detail below, this incident and the resulting injuries and damages were the direct and proximate result of the negligence of the Defendants and/or their agents, either actual or ostensible.

## PARTIES

3.    At all times relevant to this Complaint, Plaintiff Algie Smith is and was a resident of Indianapolis, Marion County, Indiana.

4.     At all times relevant to this Complaint, Plaintiff is and was a citizen and domiciliary of the state of Indiana.

5.     Defendant Schenker, Inc. is a for-profit corporation organized under the laws of New York with registered agent for service in Indiana designated as C T Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

6.     Defendant Schenker, Inc.'s principal office is designated as and located at 1305 Executive Blvd., Ste 200, Chesapeake, VA 23320.

7.     Defendant Schenker Americas, Inc. is a for-profit corporation organized under the laws of Delaware with registered agent for service in Indiana designated as C T Corporation System, 334 North Senate Avenue, Indianapolis, IN 46204.

8.     Defendant Schenker, Inc.'s principal office is designated as and located at 800 NW 62nd Ave., Ste. 600, Miami, FL 33126.

9.     Schenker, Inc. and Schenker Americas, Inc. collectively operate under the businesses name "DB Schenker."

10.    Defendant Schenker, Inc. is a correct legal entity to defend the allegations of this Complaint.

11.    Defendant Schenker Americas, Inc. is a correct legal entity to defend the allegations of this Complaint.

## FACTUAL BACKGROUND

12.    On or about October 7, 2020, Plaintiff was operating as a forklift driver unloading a trailer.

13.    While exciting the trailer with his forklift, the truck connected to the

2

trailer pulled away from the loading dock.

14.     The pulling away of the truck and the trailer from the loading dock
caused Plaintiff and the forklift to fall.

15.     At all times, the driver of the truck was acting within the course and
scope of his employment with DB Schenker.

16.     As a result of the fall, Plaintiff sustained severe physical, emotional,
and financial injuries.

## CAUSES OF ACTION

17.     The following is a non-exhaustive list of causes of action supported by
the facts of this case. *ARC Constr. Mgmt., LLC v. Zelenak*, 962 N.E.2d 692, 697 (Ind.
Ct. App. 2012) ("Under Indiana's notice pleading system, a pleading need not adopt a
specific legal theory of recovery to be adhered to throughout the case."). These causes
of action shall not in any way limit the legal bases for liability or recovery in this
case.

## NEGLIGENCE

18.     Plaintiff incorporates by reference all allegations in this Complaint as if
fully set forth below.

19.     DB Schenker and its agents, both actual and ostensible, owed duties of
care to conduct themselves with reasonable care so as not to cause injuries to
Plaintiff.

20.     DB Schenker, through its agents, actual or ostensible, was negligent
and both directly and proximately caused physical, emotional, and financial injuries

to Plaintiff.

21.     As a direct and proximate result of the carelessness and negligence of the DB Schenker, through its agents, actual or ostensible, Plaintiff sustained serious physical, emotional, and financial injuries.

22.     As a result of the aforementioned injuries and in an effort to treat those injuries and lessen his physical pain and mental anguish, Plaintiff has been required to engage the services of physicians and health care providers for medical treatment, and in doing so, he and others on his behalf have incurred costly medical expenses.

19.     Plaintiff may require future medical care for the injuries he sustained as a result of DB Schenker's negligence, for which he will incur additional medical expenses.

23.     As a direct and proximate result of the carelessness and negligence of DB Schenker, through its agents, actual or ostensible, Plaintiff has experienced significant pain and suffering, mental anguish, and a diminishment in his quality of life.

24.     As a direct and proximate result of the negligence of DB Schenker, through its agents, actual or ostensible, Plaintiff has been damaged.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays for judgment against each Defendant, in an amount commensurate with his injuries and damages, for costs of this action, prejudgment interest as allowed by law, and for all other just and proper relief.

## <u>DEMAND FOR JURY TRIAL</u>

The Plaintiff respectfully demands a jury trial on all of his claims.

Respectfully submitted,

<u>/s/ *Eric S. Pavlack*</u>
Eric S. Pavlack, #21773-49
Colin E. Flora, #29914-49
Lance R. Ladendorf, #30721-49
PAVLACK LAW, LLC
50 E. 91st St., Ste. 317
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
*Eric@PavlackLawFirm.com*
*Colin@PavlackLawFirm.com*
*Lance@PavlackLawFirm.com*